IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00330-PAB-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. RICARDO ESTEVAN SUAZO,

 Defendant.
_____

## PROTECTIVE ORDER
_____

  This matter comes before the Court on the Government's Motion for a Protective Order [Docket No. 72] concerning the Confidential Informant ("CI") and Concerned Party ("CP") in this case. Defendant Suazo does not oppose the motion. Docket No. 72 at 3. Good cause appearing, it is

  **ORDERED** that he Government's Motion for a Protective Order [Docket No. 72] is granted. It is further

  **ORDERED** that counsel for defendant Ricardo Estevan Suazo shall keep the discovery and any notes or other materials prepared based upon or referring to the CI and CP materials in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose. It is further

  **ORDERED** that the discovery containing the CI and CP materials may be viewed only by counsel for Mr. Suazo, Mr. Suazo, and members of his defense team, including

any defense investigators and staff, as necessary for the purposes of preparing a defense in this case. Counsel for Mr. Suazo shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information. It is further

**ORDERED** that counsel for Mr. Suazo and/or his staff shall make copies of discovery containing the CI and CP materials only as necessary to prepare a defense in this case. At the conclusion of the case in this Court, by entry of the Court's judgment, counsel for Mr. Suazo, within ten days, shall destroy all copies made pursuant to this Order. It is further

**ORDERED** that no copies of the discovery containing the CI and CP materials shall be provided to Mr. Suazo, his family members, friends, or associates under any circumstances without petition to and further order of the Court. Mr. Suazo may be allowed to view the discovery containing the CI and CP materials, but only while in the direct presence of his defense counsel. It is further

**ORDERED** that a copy of this Order shall be kept with the records at times.

DATED April 14, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge